## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JESSE LYNN and BELINDA DARNELL, et. al., | ) ) ) ) ) | Civil Action No. 17-cv-00474-LPL |
| Plaintiffs, | ) ) ) ) | |
| v. | ) | |
| ARC of Fayette County and Fayette County Behavioral Health Administration, | | |
| Defendants | | |

### STIPULATION TO DISMISS WITH PREJUDICE
### PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that Plaintiffs Jesse Lynn, Belinda Darnell and Rhonda Maraugha ("Plaintiffs") and Defendants ARC of Fayette County and Fayette County Behavioral Health Administration ("Defendants") (collectively, "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-captioned action, and request that this action be dismissed with prejudice, as to Plaintiffs as individuals, and not as a class action. In support of this stipulation, the Parties represent:

1.     The Parties had a *bona fide* dispute regarding the merits of Plaintiffs' claims.

2.     The Parties desire to fully and finally resolve their dispute without the expense of further litigation.

3.     The Parties entered into a Confidential Agreement, General Release and Waiver of Claims (the "Agreement") which includes a release of claims under the Fair Labor Standards Act.

4.     The Parties represent to the Court that the Agreement: (a) is fair to all Parties; (b) reasonably resolves a *bona fide* disagreement between the Parties with regard to the merits of Plaintiffs' claims; and (c) demonstrates a good faith intention by the Parties that Plaintiffs' individual claims be fully and finally resolved, not subject to appellate review, and not re-litigated in whole or in part at any point in the future.

5.     The Parties respectfully request that the Court enter an Order, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismissing the action with prejudice, each party to bear his/its own fees and costs.

6.     Counsel for Defendants consents to the filing of this stipulation by counsel for Plaintiffs.

WHEREFORE, the Parties respectfully request that this Court enter the proposed agreed Order submitted with this stipulation as an Order of the Court and dismiss the action with prejudice.

Date: February 11, 2020                                  Respectfully submitted by:

**FOR THE PLAINTIFF:**                        **FOR THE DEFENDANT:**

*/s/ John R. Linkosky*                                  */s/ Craig M. Brooks*

John R. Linkosky                                         Craig M. Brooks

linklaw@comcast.net                                  cbrooks@hh-law.com

715 Washington Avenue                            HOUSTONHARBAUGH

Carnegie, PA 15106                                    Three Gateway Center

Telephone: 412.278.1280                          401 Liberty Avenue

Facsimile:  412.278.1282                          22nd Floor

                                                                    Pittsburgh, PA  15222-1005

Joseph E. Fieschko                                    Telephone: 412.281.5060

joe@fieschko.com                                      Facsimile:  412.281.4499

Suite 2230

                                                                    *Attorney  for Defendant ARC of Fayette*

436 Seventh Avenue
Pittsburgh, PA 15222
Telephone: 412.281.2204
Facsimile:  412.338.9169

*Attorneys for Plaintiff*

*County*


*/s/ Michael R. Lettrich*
Michael R. Lettrich
mlettrich@jonespassodelis.com
JONES PASSODELIS
Gulf Tower
Suite 3410
707 Grant Street
Pittsburgh, PA  15219
Telephone: 412.315.7272
Facsimile:  412.315.7273

*Attorney  for Defendant Fayette County
Behavioral Health Administration*