# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE LYNN and BELINDA DARNELL, et. al., | ) ) ) |
| | ) Civil Action No. 17-cv-00474-LPL |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| ARC of Fayette County and Fayette County Behavioral Health Administration, | ) |
| Defendants | |

### ORDER DISMISSING INDIVIDUL ACTION WITH PREJUDICE

AND NOW, upon consideration of the Parties' Stipulation to Dismiss with Prejudice, in which the Parties represented to this Court that they have resolved their dispute and entered into a confidential agreement and release, which includes a release by Plaintiffs of their individual claims under the Fair Labor Standards Act, it is **ORDERED, ADJUDGED** and **DECREED** that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, each party to bear his/its own costs.

**IT IS SO ORDERED**, this 12th day of February, 2020.

MARK R. HORNAK
UNITED STATES DISTRICT COURT CHIEF JUDGE
WESTERN DISTRICT OF PENNSYLVANIA